GERMAN SMITH, RESPONDENT, *v.* E. P. BELDEN, IMPLEADED, ETC., APPELLANT.

APPEAL from a judgment in favor of the plaintiff, entered on an inquest at the Westchester County Circuit. The action was for goods sold, and the defendant, Belden, was sought to be charged as a partner. The defendant moved to postpone the trial when the case was called, showing the absence of material witnesses. The motion was denied, and the case went over to the next day, when an inquest was taken. The defendant then moved, at Special Term, to open the default, which motion was denied. On appeal to the General Term the denial was affirmed. On this appeal from the judgment, it was held that the adjudication on the former appeal prevented further review, and that in any event the discretion of the circuit judge was properly exercised.

*H. Brewster*, for the appellant.

*W. H. Townley*, for the respondent.

Opinion by TAPPEN, J.

Present — TAPPEN and DONOHUE, JJ.

Judgment affirmed, with costs.